**Carl Merkle <carl.merkle@gmail.com>**

---

## RE: Public corruption

---

**Rangers** <Rangers@dps.texas.gov>                                   Thu, Dec 21, 2017 at 2:20 PM
To: Carl Merkle <carl.merkle@gmail.com>

Mr. Merkle, please see that attached response letter.

*Thank you,*

*Texas Rangers*

This e-mail, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive information for the intended recipient), please contact the sender by reply e-mail and delete all copies of this message.

---

 **Carl Merkle - Dec 2017.doc**
880K

# TEXAS DEPARTMENT OF PUBLIC SAFETY

**5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001**
**512/424-2000**
www.dps.texas.gov



STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
ROBERT J. BODISCH, SR.
SKYLOR HEARN
DEPUTY DIRECTORS



COMMISSION
STEVEN P. MACH, CHAIRMAN
MANNY FLORES
A. CYNTHIA LEON
JASON K. PULLIAM
RANDY WATSON

December 21, 2017

Dear Mr. Merkle:

The Texas Rangers are in receipt of your correspondence regarding allegations of "fraud upon the court" and violations of Texas Penal Code 31, 32, and 71 against two Texas law firms, a United States Federal Bankruptcy Judge, and Capital Crossing. We have reviewed fully the information you submitted.

Based on our review, it appears your allegations concern potential civil or administrative violations. Further, the accusations are not against any state officials or officers so the Public Integrity Unit is not the proper venue for your complaint. We have determined there was no action that would warrant a criminal investigation by the Rangers and we consider the matter to be concluded.

You may wish to file your complaint with the Federal Bureau of Investigation or with the Federal Courts under the Judicial Conduct and Disability Act of 1980.

Sincerely,
Texas Rangers
Public Integrity Unit