# About Judge Craig Gargotta

**EDUCATION**

B.A., History, Texas A&M University - 1981

M.A., History, Texas A&M University - 1984

J.D., St. Mary's School of Law - 1989

**PROFESSIONAL ACTIVITIES**

United States Bankruptcy Judge, October 1, 2007 - present

Assistant U.S. Attorney, San Antonio, Texas, 1990-2007

Editor-in-Chief, The Federal Lawyer, 2001-2008

Contributing Editor, American Bankruptcy Institute Journal, 1993-2007

Adjunct Professor of Legal Writing, St. Mary's School of Law, 2002-2006

Contributing Editor, The San Antonio Lawyer, 1997-2001

President, San Antonio Chapter of the Federal Bar Association, 1996-1998

Law Clerk to United States Bankruptcy Judge Ronald B. King, Western District of Texas, 1989-1990

**LAW RELATED PUBLICATIONS AND HONORS**

Speaker - Department of Justice Seminars regarding bankruptcy, legal writing and trial advocacy, 1997-2007.

Speaker - bankruptcy seminars with the State Bar of Texas, University of Texas Law School, American Bankruptcy Institute, Federal Bar Association, and San Antonio Bankruptcy Bar.

Judge Gargotta has written over 20 columns for the ABI Journal and published a law review article in the American Bankruptcy Institute Law Review in 2003. In addition, he has published roughly 25 columns or articles in other publications such as The San Antonio Lawyer, The Federal Lawyer, In Bankruptcy (a DOJ publication), and the United States Attorneys Bulletin.

**Federal Contracts 2018 -** List of Available Federal Bid Opportunities. Download Free Deltek Report!  Ad  ···⌄

## Contact and Personal Info

Craig's Profile

Show more ⌄

A
Need answers to challenging compliance and ethics questions?

 

Attend the Utilities & Energy Conference

Learn More

### Craig Gargotta • 2nd

--

San Antonio, Texas • St. Mary's University
San Antonio, Texas • 63 

Connect          **Send InMail**          More…

## Highlights

 **1 Mutual Connection**
You and Craig both know Ann Comerio

## Experience

**U.S. Bankruptcy Judge**
San Antonio, Texas
Apr 2013 – Present • 4 yrs 9 mos

---

**U.S. Bankruptcy Judge**
Austin, Texas
Oct 2007 – Mar 2013 • 5 yrs 6 mos

---

**Asst. U.S. Attorney**
U.S. Attorney's Office - DOJ, San Antonio, Texas
Sep 1990 – Sep 2007 • 17 yrs 1 mo

---

## Education

 **St. Mary's University**
Doctor of Law (J.D.)
1986 – 1989

---

 **Texas A&M University**
Master of Arts (M.A.), History
1981 – 1984

---

 **Texas A&M University**
Bachelor's degree, History
1976 – 1981

## People Also Viewed

**Randolph Osherow** • 2nd
Owner, self

**Debbie B. Langehennig** • 3rd
Chapter 13 Trustee

 **Layla Milligan** • 2nd
--

**Toni Guckert** • 3rd
Managing Litigation Paralegal at Nachawati Law Firm

**Marty Lacouture** • 2nd
Attorney

**Brit Hendrix** • 3rd
Attorney at Fears I Nachawati

 **Chris Creel** • 3rd
Managing Attorney at Creel Law G PLLC

**Marla Harris** • 3rd
Paralegal at Wylie Law

 **Sarah L. Wood** • 3rd
Assistant District Attorney

**Paula Elkins** • 3rd
Litigation Paralegal at Fears I Nachawati

### Popular courses on LinkedIn Learning

 **Migrating from Office 201 Office 2016**
Viewers: 6,991

 **Improving Your Conflict Competence**
Viewers: 56,436

**Office for Students**
Viewers: 11,953

4   Messaging

## Volunteer Experience



**Member**
Boy Scouts of America
Sep 1999 – Jun 2015 ▪ 15 yrs 10 mos

## Featured Skills & Endorsements

| | |
|---|---|
| **Microsoft Office** | No endorsements yet |
| **Microsoft Excel** | No endorsements yet |
| **Microsoft Word** | No endorsements yet |

See 17 more skills ⌄

## Interests


**St. Mary's University**
26,476 followers


**Texas A&M University**
343,460 followers


**Texas A&M University**
376,517 followers


**St. Mary's University**
29,144 followers

**Promoted**



**Oh no! Have a water leak?**
We can find & fix water leaks with n
digging! Save water now.
**Learn more**

**Our logo has changed.**
But our commitment to the ambition
our customers will never waver.
**Learn more**

See more c

**Linked in**

| About | Talent Solutions | Community Guidelines |
|---|---|---|
| Careers | Marketing Solutions | Privacy & Terms ⌄ |
| Advertising | Sales Solutions | Send feedback |
| Mobile | Small Business | Safety Center |

LinkedIn Corporation © 2017

**Questions?**
Visit our Help Center.

**Manage your account and privacy.**
Go to your Settings.

Select Language

English (English)

4   Messaging